# EXHIBIT A

Approved, SCAO

| | | |
|---|---|---|
| | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |

| **STATE OF MICHIGAN**<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | **SUMMONS** | **CASE NUMBER** |
|---|---|---|
| | | 25-54536-ND |

Court address _____   Court telephone number

ELIZABETH A. KELLY
P-71790

Plaintiff's name, address, and telephone number

Barbara Ann Strong
1083 Royal Crest Dr
Flint MI 48532

v

Defendant's name, address, and telephone number

General Motors
Flint Assembly
3100 Van Slyke Rd
Flint MI 48507
810-424-0049

Plaintiff's attorney bar number, address, and telephone number

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☒ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.         **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 8-14-25 | 11-13-25 | Holly McCarthy |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

Summons   (3/23)

**Case Number** 25-_____

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served  ☐ personally  ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | TOTAL FEE $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____.
Attachments (if any)                                              Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

NO

| Approved, SCAO | Original – Court<br>1st copy – Defendant | 2nd copy – Plaintiff<br>3rd copy – Return |
|---|---|---|

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | COMPLAINT<br>Page 1   of   pages | CASE NO.<br>25-54536-NO |
|---|---|---|

ELIZABETH A. KELLY
P-71790

**Court address**     Court telephone no.

| Plaintiff's name(s), address(es), and telephone no(s).<br>Barbara Ann Strong<br>1083 Royal Crest Dr<br>Flint MI 48532<br>8109649943 | v | Defendant's name(s), address(es), and telephone no(s).<br>General Motors Flint Assembly<br>3100 Van Slyke Road<br>Flint, MI 48507<br>8104240049<br><br>UAW 598<br>3293 Van Slyke Rd<br>Flint MI 48507<br>810. 238-4605 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no. | | |

Exhibit 1-I fell down in General Motors Flint Assembly 3rd Shift 1/23/2025 - As a result of the fall I have a Full-Thickness Right Shoulder Rotator Cuff Tear

Exhibit 2-General Motors Workers Compensation Examiner Jennalee Smith denied my claim before submitting any documents (she claimed General Motors Medical Department Naomi Gibbs gave her a directive to close my case. General Motors Workers Compensation Attorney Thomas Ruth 1989.498.2100 claim my fall was not work related

Exhibit 3-General Motors Manager Marc Armstrong was found negligent and FIRED because he took me on a unsafe route and caused my injury

Exhibit 4-General Motors denied my rights to see the doctor-Nurse Naomi Gibbs said I did not have a pass 1/23/25 I double checked since 1st Shift Group Leader told me Marc Armstrong said for me to go to medical a pass was waiting. I went back to NurseNaomi she said you have a pass however it says PERSONAL on it. Nurse Naomi told me that at least ten times even when I was hit by two trucks LITERALLY. I went across the hall to Security. The manager looked in the computer and said you have no pass at all. He said I will write you one. He wrote me one! I went to medical ( I wanted to put it on record) if you do not report it the same night they will pretend it never happened. My job end at 7:00! By the time I made it in GM Medical it was 9:30 or so when I left medical.

Exhibit 4-General Motors Violated the Whistle Blowers Act-This is a continued EEOC Case from 2022. The more I yelled screamed and shouted! they worst I was treated!  I have a right to sue letter

Exhibit 5-General Motors violated the FMLA Act!

Exhibit 6-General Motors violated the Wrongful Termination While Injured Act

Exhibit 7- General Motors Breached my Contract by pushing me out! They stole my work rights!

Exhibit 8-General Motors Team Leaders, Group Leaders & Shift Leaders kicked me out so I would not receive a full Profit Sharing -Performance Bonus and other raises

Exhibit 9-General Motors sent me a letter saying I quit! General Motors Met-life Insurance said I was terminated 5/2025. Met-life canceled my life insurance policy 5/31/2025! Workers Compensation Online Portal said I was terminated 6/2025

General Motors Wrongfully Terminated FIRED ME! I never quit my job! I was on a leave of absence! from 2/26-2025-7/21-25 then Workers Compensation Online Portal changed my Leave of Absence Date from 2/26/2025-10/27/25???

I have no idea! I have a right to know my work status!

A TRUE COPY
GENESEE COUNTY CLERK

8-13-25
**Date**

Barbara Ann Strong
**Signature**

MC 01a   (6/19)   **COMPLAINT**

No

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | **CASE NUMBER** |
|---|---|---|

| Court address | | Court telephone number |
|---|---|---|

Plaintiff's name, address, and telephone number

Babara Ann Strong
1083 Royal Court
Flint MI 48532

v

Defendant's name, address, and telephone number

General motors
Flint Assembly
3100 Van Slyke Rd
Flint MI 48507

Plaintiff's attorney bar number, address, and telephone number

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

[X] There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

[ ] There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

[ ] It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

[ ] This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

[ ] MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

[X] There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

[ ] A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in [ ] this court, [ ] _____ Court, where

it was given case number _____ and assigned to Judge _____

The action [ ] remains [ ] is no longer pending.

Summons section completed by court clerk.    [ SUMMONS ]

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|

This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

# Exhibit 1

Flint Main Office
3346 Lennon Rd. · Flint, MI 48507
810.732.1919 PHONE · 810.732.1945 FAX




REGIONAL · MEDICAL IMAGING

Conveniently Located
Lennon Rd, Flint · Villa Linde, Flint · Fenton
Grand Blanc · Davison · Lapeer
Novi · Royal Oak · Southgate
www.rmipc.net

**Patient: BARBARA STRONG**
**DOB: 06/16/1961  Age: 63**
**Sex: Female**
**Date of Service: 02/23/2025**

**EDWARD J LIS, DO**
**9475 HOLLY RD**
**GRAND BLANC, MI 48439**

MRI OF THE RIGHT SHOULDER W/O CONTRAST

INDICATION: Order states: Pain.

COMPARISON/CORRELATION: No previous study is currently available for comparison.

TECHNIQUE: The examination was performed utilizing the routine shoulder protocol.

FINDINGS: Full-thickness, partial-width insertional tearing of the anterior fibers of the supraspinatus measuring 14 mm in AP dimension is noted. The muscle demonstrates moderate volume loss with mild macroscopic fatty change. The infraspinatus demonstrates mild insertional tendinosis. The muscle demonstrates mild to moderate volume loss and mild macroscopic fatty change. The teres minor demonstrates mild macroscopic fatty change. The subscapularis demonstrates mild to moderate tendinosis. Mild volume loss of the subscapularis is noted without fatty change.

The AC joint demonstrates subchondral reactive marrow change. Small undersurface osteophytes are identified. The acromion appears in neutral position without evidence of lateral downsloping. A type II acromion is present.

Moderate subacromial subdeltoid bursal thickening with mild bursitis is present. The rotator interval demonstrates edema. The inferior capsule is unremarkable. A moderate subcoracoid bursitis is present.

No discrete labral pathology is noted. The glenohumeral cartilage appears unremarkable. No glenohumeral joint effusion is present. The long head of the biceps tendon demonstrates mild to moderate tenosynovitis. The deltoid is unremarkable.

CONCLUSION:

FULL-THICKNESS, PARTIAL-WIDTH ANTERIOR FIBER TEARING OF THE SUPRASPINATUS.

MILD INSERTIONAL TENDINOSIS OF THE INFRASPINATUS.

MILD TO MODERATE TENDINOSIS OF THE SUBSCAPULARIS.

MODERATE SUBCORACOID BURSITIS.

MODERATE SUBACROMIAL SUBDELTOID BURSAL THICKENING WITH MILD BURSITIS.

MILD TO MODERATE TENOSYNOVITIS OF THE LONG HEAD OF THE BICEPS.

ROBERT J WARD MD (DIRECT PH 248-556-7071)
RW3
ELECTRONICALLY SIGNED: 2/27/2025 10:11 AM
cc: KATHERINE NABER, DO

Page 1 of 2

MILD TO MODERATE TENOSYNOVITIS OF THE LONG HEAD OF THE BICEPS.

ROBERT J WARD MD (DIRECT PH 248-556-7071)
RW3
ELECTRONICALLY SIGNED: 212712025 10:11
AM cc: KATHERINE NABER, DO
Page 1 of 2

EDWARD LIS DO PLLC • 9475 HOLLY ROAD, GRAND BLANC MI 48439-8401

STRONG, Barbara A (id #37312, dob: 06/16/1961)

03/18/2025 7:38am

| From Provider | To Provider |
|---|---|
| EDWARD J. LIS, DO<br>EDWARD LIS DO PLLC<br>9475 HOLLY ROAD SUITE 204<br>GRAND BLANC, MI 48439-8401<br>Phone: 810-354-9200<br>Fax: (810) 714-5765 | |

## Order Information

**Order**

Orders included: 1

**Sprain of shoulder rotator cuff**
ICD-10: S43.421D: Sprain of right rotator cuff capsule, subsequent encounter; M75.21: Bicipital tendinitis, right shoulder
• WORK STATUS REPORT*
        Note to Provider: Patient is unable to work 3/12/25-4/29/25 pending surgery April 29,2025.

## Patient Information

| Patient Name | STRONG, BARBARA A |
|---|---|
| DOB | 06/16/1961 |
| Primary Insurance | BCBS-MI (PPO)<br>ID: GHPM03806566<br>Group: 0000832000042031<br>Policy Holder: STRONG, BARBARA A |
| Secondary Insurance | BCBS-MI<br>ID: MSR893209768<br>Policy Holder: STRONG, KEITH |

Electronically Signed by: EDWARD J. LIS, DO

Exhibit 2

Sedgwick
P O Box 14607
Lexington, KY 40512-4607



sedgwick.

Phone: (800)489-4646
Fax: (859)281-6295

03/04/2025

Michigan Department of Licensing & Regulatory Affairs
Workers Compensation Agency
PO Box 30016
Lansing, MI 48909

RE:    Employer:          General Motors Company
       Claimant:          Barbara Strong
       Date of Injury:    01/23/2025
       Our Claim Number:  4A2502VB1DZ-0001

To Whom It May Concern:

Please see the attached document(s) for the above referenced claimant.

Sedgwick manages claims on behalf of General Motors Company.

We value your privacy. For more on what personal information we may collect, how we may use this
information and other important areas relating to your privacy and data protection, please read our privacy
notice at www.sedgwick.com.

Sincerely,
Jennalee Smith
Claims Examiner
(248)208-4775

cc:
        Barbara Strong
        1083 Royal Crest Dr
        Flint MI 48532

        General Motors Company

3-4-2025                          4A2502VB1DZ0001                          7020250304102737

OCR 107

# NOTICE OF DISPUTE
Michigan Department of Licensing and Regulatory Affairs
Workers' Compensation Agency
P O Box 30016, Lansing, MI 48909

| 1. Social Security No. | 2. Date of Injury | 3. Employee Name (Last, First, MI) | | 7. ZIP Code |
|---|---|---|---|---|
| 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 | 01/23/2025 | Strong, Barbara | | |
| 4. Employee Address (Street No. and Name) | | 5. City | 6. State | 7. ZIP Code |
| 1083 Royal Crest Dr | | Flint | MI | 48532 |
| 8. Employer Name | | | | 9. Federal ID No. |
| GM | | | | 270383222 |
| 10. Employer Street Address | | 11. City | 12. State | 13. ZIP Code |
| 2100 W Bristol Road | | Flint, | Mi | 48552 |
| 14. Carrier or Self-Insured Name | | 15. NAIC or Self-Insured No. | | 16. ZIP Code |
| General Motors Company | | 37999000 | | 48552 |
| 17. Service Company/TPA Name (if applicable) | | 18. Service Co./TPA ID No. | | 19. ZIP Code |
| | | | | 40512-4607 |
| 20. Claim or File No. | | 21. County of Injury | | 22. County Code (if known) |
| 4A2502VB1DZ-0001 | | GENESEE | | |

23. Reason for Dispute

A. __X__  Injury not work related

B. _____  Medical treatment not related to injury

C. _____  Further investigation required (please specify below)

D. _____  Additional information required from employee (please specify below)

E. _____  Vocational rehabilitation dispute only (please specify below)

F. _____  Other (please specify below)

| *Making a false or fraudulent statement for the purpose of obtaining or denying benefits can result in criminal or civil prosecution, or both, and denial of benefits.* | Authority: | Workers' Disability Compensation Act, R408.33 (1) |
|---|---|---|
| | Completion: | Mandatory |
| | Penalty: | Workers' Disability Compensation Act, 418.631; 418.801; R408.33 |

This is to certify that a copy of this form has been mailed or given to the injured employee.

| 24. Preparer's Name (Please print) | 25. Signature | 26. Telephone No. | 27. Date |
|---|---|---|---|
| Jennalee Smith | Jennalee Smith | (248)208-4775 | 03/04/2025 |

## NOTICE TO EMPLOYEE

By filing this form, your employer or its workers' compensation insurance company has indicated to the Workers' Compensation Agency that it has a question or a dispute concerning the possible workers' compensation benefits to which you may be entitled. You may or may not agree with the position taken by the employer or insurance company.

If you feel that you are not receiving the benefits to which you are entitled, you should discuss this with your employer or a representative of its insurance company. If you have already done that or you are not satisfied with the discussion, you may file a formal application for mediation or hearing. You can obtain the appropriate forms or more information by contacting the Workers' Compensation Agency at our toll-free number of 1-888-396-5041. Additional information may also be found on our website at www.michigan.gov/wca.

LARA is an equal opportunity employer/program. Auxiliary aids, services and other reasonable accommodations are available upon request to individuals with disabilities.

WC-107 (Rev. 2/13)

3-4-2025

4A2502VB1DZ0001

702025030410273

# Exhibit 3

1083 Royal Crest Dr.
Flint, MI 48532
3/24/25

Workers' Disability Compensation Agency
P.O. Box 30016
Lansing, MI 48909

To Whom It May Concern:

Jennalee Smith Claims Examiner denied my Workers Compensation Claim before receiving any documents or even reaching out to me. I asked her why my claim was denied, she said General Motors Medical Department Nurse Naomi gave her a directive to deny my claim. Nurse Naomi Was named in my EEOC Case. Nurse Naomi stole my rights to enter the General Motors Medical Department EVERY time I attempted to report to GM Medical.

Group Leaders continued putting PERSONAL on my medical pass. Therefore! Nurse Naomi stole my right to enter the GM Medical Department. I was literally HIT by two trucks, Nurse Naomi refuse to allow me in the GM Medical Department.

My Injuries was a direct result of a on the job injury:

**1/23/25**              **Surgery is scheduled for 4/29/25**              **Gross Negligence**

I was following the Manager Marc Armstrong he was taking me to another job. Marc was taking me through short cuts, we should have used the side walk designed for walking. We was walking through team members job area while the line was literally moving. Manager Marc Armstrong jump up to a top tier level to take a short cut, I hesitated, then followed his lead (I fell down) while wearing a long wool coat to my ankles, and a duffle bag on my right shoulder. I must have fallen on the duffle bag with three or four bottles of water, full bottles of lotion, body oil and all work supplies, I was in a state of shock, at the time I wanted to get out of there. There were people all around. I fell right by Committee Kevin Smiley! Kevin grabbed one arm and Marc Manager grab my other arm while pulling me up. I was so embarrassed! pain was the last thing on my mind at that time (I wanted to get off the floor). The fall, lifting extremely heavier than usual parts (perhaps both men pulling my arms) in General caused a full thickness right shoulder rotator cuff tear according to the MRI Results. Other pain consist of neck, back, ribs, buttocks, hips, legs and hands (left had around thumb gets numb). I had hand X-Ray (Mclaren Regional claim my left hand was ok, however! It often gets NUMB (I was confident they would have found something).

WORKERS COMPENSATION DENIED MY CLAIM BEFORE SPEAKING TO
ME OR BEFORE COLLECTING EVIDENCE (I'm totally confused by that) I
fell down in front of my Manager (he was negligent) did not take the safe
route and in front of COMMITTEE Kevin Smiley. Kevin Smiley grabbed my
right arm, Marc Armstrong grabbed my left arm. How could General
Motors Workers Compensation Deny my Claim?

P.S. Jennalee Smith told me since I said I was seeking legal advice, she said do not post any more
questions to her in my online portal. Jennalee Smith said contact my lawyer instead of
contacting her. She is the claims examiner. I submit to you that is called GROSS
DISCRIMANATION.

Sincerely,


Barbara Ann Strong

Exhibit 4



### List of Inquiries/Charges/Cases

| Case Number | Submission Date | Type | Status |
|---|---|---|---|
| 471-2025-05841 | 06-23-2025 | INQUIRY | Inquiry Submitted |
| 471-2025-05781 | 06-20-2025 | CHARGE | Charge Closed |
| 471-2023-04608 | 06-25-2023 | CHARGE | Charge Closed |
| 471-2023-03970 | 05-21-2023 | INQUIRY | Inquiry Closed |
| 471-2023-00451 | 10-25-2022 | CHARGE | Charge Closed |

» ☐          1          ☐ ⌐

**Please click on a case number to continue**

Technical Support                    Accessibility Statement                    Privacy Statement



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000



**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA — UAW**

SHAWN FAIN, *PRESIDENT*   •   MARGARET MOCK, *SECRETARY-TREASURER*
VICE-PRESIDENTS: CHUCK BROWNING   •   MIKE BOOTH   •   RICH BOYER

October 19, 2023

Equal Employment Opportunity Commission
Detroit Field Office 477 Michigan Ave.
Room 865
Detroit, MI 48226

RE: Barbara Strong vs. UAW Local 598 –<u>Rebuttal Statement</u>
        471-2023-04608

Greetings:

This letter is in response to the above referenced Charge of Discrimination, Harassment, and Retaliation based on Race under Title VII of the Civil Rights Act of 1964, as amended. Bstrong will respond to the particular allegations in the order in which they appear in the complaint.

**<u>Particular #1:</u>**
I began working at the above-names employer in or around July 6, 2021. My position was a Subsystems Team Member Operator.

**<u>Response #1:</u>**
The Respondent acknowledges that the Charging Party was hired on July 6, 2021, and that the Charging Party was a Subsystems LOC Team Member (Small Lot). (**Exhibit #1: Documentation from General Motors Human Resources that shows Mrs. Strong's hire-in date and position.**)

**<u>Particular #2:</u>**
In or around October 2021, Delano and Croudy begin harassing me. I reported harassment being made by Group Leaders, Vice UAW 598 President, UAW 598 President, Team Leaders and Supervisors to the Union however, I was denied Representation from all of the above. I also sent "HELP" to over thirty or more General Motors High Authority Leaders (I have proof I yelled and screamed for help). It was when I went to the Socrates website and click on the misconduct button and sent them a "I want to fill suit against General Motors) document. Marci (Investigator) reached out scheduling an interview. We had two interviews on two different days.

**Response #2:**

The Respondent has no record of any complaint of harassment submitted by the Charging Party in October. **(Exhibit #2: Civil Rights Chairperson Rosalyn Morse's Investigator Report said she has no record of any complaints from Barbara Strong.** I was contacted by two General Motors Investigators Marci & Timothy to interview me. Rosalyn Morse was not assigned to interview me. Rosalyn Morse is James Patrick! friend who was told to say whatever need to be said to make the accusations go away. That type of person is a person who lack character, a follower not a leader who stand up for right. If it happened to her children, her attitude would have been different. I pray no harm comes her way even though she totally disrespect the harassment, discrimination, and retaliation I suffered for a year and a half. Rosalyn also convince Tikeisha Hillard to say she and I never spoke on the topic. I ran to Takeisha ten or more times each time things were happening. Immediately I realized she was no help, she never followed up or did what she said. I forgive Takeisha (her hands are tied) Rosalyn (your boss) expect you to say what is needed.

**Exhibit #3: Chairman Jason Buczek's responses to questions regarding Barbara Strong's claims of being harassed and failing to receive Union Representation.**

**Particular #3:**

I was denied Union Representation because of my Race-African American, age discrimination, my enter the environment as a High Qualified Teacher/Principal (license still valid) in violation of Title VII of the Civil Rights Act of 1964, as amended. I was often asked why I work there. I saw Eric Welter on the news June 2021 saying he could not recruit employees to work at Flint Assembly. I called him he told me to go to the job fair. It was June 16, 2021 I was hired on my birthday. I forgive Jason also! he is hurting because he have to work over time to compensate for his loss of leadership position. However! Lying on other will never help his land back on his feet again. We all have to pay for our sins.

I have a right to work any where I choose. I also have a right to be left alone to do my job while on the job. My work performance is amazing, I'm often told how hard I work better than the thirty-forty-year-olds. The Group Leaders, Team Leaders sabotage my work to make it appear my work performance is bad. Jasmine Baker, Katarina Cassar, James Patrick, shame on all of you. Your work performance is demonstrated on a daily basis. You're the low performers or all those bad things like drug sales, using drugs, alcohol and handling materials to make vehicles is the biggest violation. Which is why we have so many re-calls on vehicles.

**Response #3:**

If Jason represented ME! he would have never allowed Michael Convis, James Patrick, Jasmine Baker, or Katarina to send me home for three days, two weeks, thirty days, at home now on thirty more days. Jason-Buczek claim he negotiated with GM on the Charging Party's behalf to help me remain employed. How can you disciple one person and not the other person for the very same thing. Jasmine Baker said she can't get them all. On third shift they was after no one except me.

- Sent home for three-days for hitting the sprinkler system. Lisa came to me running laughing saying she did the same as I. She said I caused it to rain (I hit the sprinkler system). She also admit she was not PUT ON NOTICE-NO POINTS AT ALL. I submit to you the only reasonable explanation is Lisa is (Caucasian) I'm African American. By the way Kim, ran to me asking I f I was on High Reach Truck #5. I said yes! She said that truck goes up and down on its own. Robert Spain also mentioned truck #5. Jason is out of his chairman position because he is racist. You have to be consistent in your disciplinary actions.

- Jasmine Baker sent me home for two weeks. I asked Jasmine for a specific detail document which showed why I was sent home. I never received one. She repeated I was sent home for being late on a route. The very same night Alex was an hour late, David G. came to me saying he was over an hour late. He said I'm not sure why they're picking on you, I'm always late they never say anything to me. Jason failed me again, allowing me to go home for two weeks. There was no contract language stating to send an employee home for being late on a route. BY THE WAY! UAW just made a new contract with contract language which is Article 19. UAW used 2022 as the implementation date so it would support the VAST number of LIES being told. However! The new contract was fresh off the printer for the 2023 strike. They had to cover up wrong doing so they used the effective date of 2022 to TRY AND WIN THIS CASE AGAINST ME. They ALREADY LOST. When you have TOO MANY LIARS YOU GET CAUGHT.

- Jasmine Baker mentioned I walked out of my job or abandoned my job. I never abandoned my job. I was assigned to do a job, drive the high reach truck. It was all too often that Mr. James would pick me (never Caucasian Worker) to get off my truck and give it to OT workers. I got out of my BED to come to a third shift job (I have priority) I'm the permanent third shift worker. How dare you (James Patrick) keep picking me to get off my truck and give it to people who sit on the truck and do very minimum. It was always Torrie, Patrice (every one laugh) they had the reputation for coming in sitting and talking on the high reach truck. Not once did he pick a Caucasian employee to get off their truck (It was always me). Discrimination, harassment, and retaliation. I walked out, when to my car, called UAW and left them a message. Then I went home. (James never told me to go to attendant) Jasmine Baker among other things is a LIAR. At that time! she was (WEARING AN ANKLE BRACELET). God bless those babies! She is still Lying.

- James Patrick KEPT taking away my right to do my job. He always picked me (retaliating). I could never understand why he was allowing me to be treated bad by everyone until I found out (a lawyer share) (I googled him) he is also in the CRIMINAL JUSTICE SYSTEM. It make sense now. Third Shift culture REFLECT the leaders. Negative cultures can create significant challenges for change. They all have a lot in common! while I sit there wondering why the focus is not on production. Just dot your "I" and cross the (T). It's a big game. Therefore! they kept moving the problem from the environment (me). I was

excited to be handling parts for General Motors (I thought we was in it to win it) I was wrong.

- Let's talk about one of my buddies. ALEX (he was assigned to the (STD ROUTE) He is one of the hardest workers on our team. Robert G, Alex & I came in around the same time, our work ethics are the same (we begin working when we come in and continue until we leave out). Alex was falling behind, he became angry. All of a sudden! I drove by, Alex hats were sitting alone. I looked around Alex was walking fast, too fast for me to catch up to him. Alex abandoned his JOB, and never came back. Two days later he came back. I begged Damian not to fire him. I told him ALEX was a vital part.

## Defamation of Character:

This harassment, discrimination, retaliation case dates back a year and a half. That's a lot of abuse, torture, and health related issues and injuries purposely caused by Michael Convis, James Patrick, Jason Buczek, Jasmine Baker, Katarina Cassar, Delano Kidd, Chris, Josh, HR CHRIS, and Lisa.

All those employees were allowed to bully, harass, torment me, name calling, cause health issues and injuries, sabotage hats my work (damaging my character) while all of third shift watched me go to committee and then out the door.

## Sabotaging the work of others:

Depending on the seriousness of the act, the dispute may result in criminal charges, civil lawsuits, or, in bad terms, termination of employment by the employee. None of them received any disciplinary actions for the things they did to me. It was covered UP.

How do you deal with employee sabotage?
1. If you suspect a colleague is trying to sink your career, here's what you'll want to do:
2. Don't assume bad intentions. " ...
3. Be alert. ...
4. Confide in a co-worker. ...
5. Take notes. ...
6. Confront the culprit. ...
7. Don't sabotage the saboteur. ...
8. Take it to your manager or HR Chris did nothing (he helped them send me home)

# NOTICE OF DISCIPLINARY ACTION

 **General Motors**

## General Motors Company

### Flint Assembly Plant

Employee *BARBARA STRONG*   GMIN *463104778*   Date *10/17/23*

Dept. & Shift *LOC _ C C*

You are advised that you have been assessed a:

REPRIMAND ☐          DISCIPLINARY LAYOFF OF *Bos + 30 Days* ON RECORD

SUSPENSION ☑          DISCIPLINARY LAYOFF OF *Bos + 30 Days* LOST TIME

DISCHARGE ☐

at *7:05* (a.m.) p.m.   Date: *10/17/23*   *11/16/23 @ 11 PM*

Note:    In the event of a Lost time Disciplinary Layoff being assessed, you are to return to work on *11/16/23 @ 11 PM*
at your regular starting time.

For violation of Shop Rule # *7* , which reads: *REFUSAL TO OBEY ORDERS OF SUPERVISION OR REFUSAL OR FAILURE TO DO A JOB ASSIGNMENT OR MAKING SCRAP UNNECESSARILY OR CARELESS WORKMANSHIP*

Brief Statement of Misconduct: *ON THE SHIFT OF 10/11/23 YOU FAILED TO COMPLETE YOUR ROUTES ON TIME. YOU HAVE BEEN TRAINED ON HOW TO COMPLETE YOUR ROUTES AND CONTINUOUSLY FAIL TO COMPLETE THEM TIMELY. YOU HAVE BE COACHED AND DISCIPLINED PREVIOUSLY FOR SHOP RULE INFRACTIONS.*

_Signature of Management Representative_

You have a right in accordance with the National Agreement to be represented by your committeeperson. He/she will be
called if you request his/her services.

### Acknowledgement of Receipt of Notice

Employee's Signature _____ *PTS* _____

Committeeperson's Signature _____         (Date & Time Tendered Copy)

*7:05   10-17-23*
(Date & Time Tendered Copy)

**White:** Labor Relations          **Yellow:** Department          **Pink:** Union          **Gold:** Employee

*look at the sites below, More than 30 days*

## NOTICE OF DISCIPLINARY ACTION

Name: _Barbara Strong_   Date: _5-18-2023_

GMIN: _403104778_   Department: _LDC SMALL LOT_

To maintain discipline and efficiency of employees is the responsibility of Management. Violation of Shop Rules, Plant Regulations or other acts of misconduct are sufficient grounds for disciplinary action, up to and including termination of employment, depending upon the seriousness of the offense in the judgement of Management.

You are hereby advised that you are being disciplined for a violation of the general rules and/or policies of Flint Asm. Operations, or of the GM Subsystems Manufacturing Master Agreement. The violation consisted of the following:

For this violation, the following discipline is being assessed and will be entered on your record. (circle one)

| Shop Rules | Locked Period |
|---|---|
| Written Reprimand | Written Reprimand-5th Occurrence |
| Balance of Shift + 3 Days | Corrective Action Conference-6th Occurrence |
| Balance of Shift + 2 Weeks | Decision Making Leave (BOS + 1 Day) |
| (Balance of Shift + 30 Days) | Discharge |
| Discharge | |

☐ *EMPLOYEE HAS BEEN ADVISED OF THE AVAILABILITY OF A COMMITTEEPERSON*

Locked Period Expiration: _____
                              (date)

Disciplinary Layoff Effective: _5-18-23_  _6:11 am_     Return: _June 29,2023_  _11 pm_
                                  (date)     (time)                   (date)      (time)

Discharge Effective: _____
                         (date)

_[signature]_
(Personnel Representative or Witness)

_[signature]_
(Supervisor issuing discipline)

NOTICE TO EMPLOYEE: You have the right, in accordance with the GM Subsystems Manufacturing Master Agreement, to be represented in this matter by your Committeeperson. They will be called if you request their services.

Acknowledgement of Receipt of Notice: _RTS_
                                        (Employee Signature)

Copy of Notice Received: _5/18/23_ _____  _[signature]_
                           (date)     (time)     (Committeeperson Signature)

[Type here]                    [Type here]                    Revised: 10/13/2020

# NOTICE OF DISCIPLINARY ACTION

Name: Barbara Strong

Date: 10/6/2022

GMIN: 4100130477X

Department: LCC Small Lot

To maintain discipline and efficiency of employees is the responsibility of Management. Violation of Shop Rules, Plant Regulations or other acts of misconduct are sufficient grounds for disciplinary action, up to and including termination of employment, depending upon the seriousness of the offense in the judgement of Management.

You are hereby advised that you are being disciplined for a violation of the general rules and/or policies of Flint Asm. Operations, or of the GM Subsystems Manufacturing Master Agreement. The violation consisted of the following:

For this violation, the following discipline is being assessed and will be entered on your record. (circle one)

**Shop Rules**

√ Written Reprimand *(handwritten annotation)*

~~Balance of Shift + 3 Days~~ *(handwritten annotation)*

~~Balance of Shift + 2 Weeks~~

Balance of Shift + 30 Days

Discharge

**Locked Period**

Written Reprimand-5th Occurrence

Corrective Action Conference-6th Occurrence

Decision Making Leave

Discharge

√ *EMPLOYEE HAS BEEN ADVISED OF THE AVAILABILITY OF A COMMITTEEPERSON*

Locked Period Expiration: N/A
(date)

Disciplinary Layoff Effective: 10/6/22 (date) 5:45am (time)   Return: 10/11/22 (date) 11pm (time) (IF Sat. Worked)

Discharge Effective: 10/6/22 (date)

10/12/22 @ 11pm (No Sat. worked)

_____
(Personnel Representative or Witness)

_____
(Supervisor issuing discipline)

NOTICE TO EMPLOYEE: You have the right, in accordance with the GM Subsystems Manufacturing Master Agreement, to be represented in this matter by your Committeeperson. They will be called if you request their services.

Acknowledgement of Receipt of Notice: RTS
(Employee Signature)

Copy of Notice Received: _____ _____
(date)           (time)        (Committeeperson Signature)

[Type here]    EXHIBIT #4        [Type here]        Revised: 10/13/2020

# NOTICE OF DISCIPLINARY ACTION

Name: Barbara Strong    Date: 10/21/2022

GMIN: 4163104778    Department: UC Small Lot

To maintain discipline and efficiency of employees is the responsibility of Management. Violation of Shop Rules, Plant regulations or other acts of misconduct are sufficient grounds for disciplinary action, up to and including termination of employment, depending upon the seriousness of the offense in the judgment of Management.

You are hereby advised that you are being disciplined for a violation of the general rules and/or policies of Lansing Operations, or of the GM Subsystems Manufacturing Master Agreement. The violation consisted of the following:

For this violation, the following discipline is being assessed and will be entered on your record. (circle one)

Shop Rules
Written Reprimand

Balance of Shift + 3 Days

Balance of Shift + 2 Weeks

Balance of Shift + 30 Days

Discharge

Locked Period
Written-Reprimand-5th Occurrence

Corrective Action Conference-6th Occurrence

Decision Making Leave

Discharge

**EMPLOYEE HAS BEEN ADVISED OF THE AVAILABILITY OF A COMMITTEEPERSON**

Locked Period Expiration: N/A (date)

Disciplinary Layoff Effective: 10/21/22 (date) 5:15am (time) Return: 11/08/22 (date) 11am (time)

Discharge Effective: N/A (date)

(Personnel Representative or Witness)                    (Supervisor taking discipline)

NOTICE TO EMPLOYEE: You have the right, in accordance with the GM Subsystems Manufacturing Master Agreement, to be represented in this matter by your Committeeperson. They will be called if you request their services.

Acknowledgment of Receipt of Notice: RTS (Employee Signature)

Copy of Notice Received: _____ (date) _____ (time)     (Committeeperson Signature)

White – Labor Relations    Yellow – Committeeman    Pink – Department    Gold – Employee    Revised 11/19/2015

EXHIBIT #4

Article 19 Interview

Date: Oct. 21, 2022

Employee: Barbara Strong

GMIN: 463104778

Present: Barbara Strong, Jasmine Baker, Jason Buczek,

I will be providing you with an interview pursuant to Article 19 of the Master Agreement. This will be your opportunity to respond to charges relative to your action.

I should also advise you that discipline could result at the conclusion of this interview.

Do you understand?

EE: yes

Supv: On 10/19/2022, were you behind 20 minutes on your STA route?

EE: yes

Supv: When I addressed you about being behind did, I let you know I am giving you help to get you back on track? With I also did I say that moving forward the reminder route will need to be delivered on time?

EE: yes

Supv: After lunch did you have another hat route that was now 30 minutes behind? After I talked to you about the previous route being behind?

EE: Im not going to answer that.

Is there anything that you would like to add?



## Damages        (I provided proof of all of the concerns listed below)

## GM GROUP LEADERS & TEAM LEADERS RETALIATED AGAINT ME MUCH More when I FILED A Charge Against General Motors & UAW 598

1. Literally hit by two trucks in general-motors-angry when I told
2. Loss Wages-Less profit sharing pay than others because they kept sending me home (claiming my work ethics stink) Now! I'm change to a different department finally (they're praising my work ethics) I work at a 110% every night
3. Prevented me from receiving my 3 yr raise July 6, 2024
4. Damaged my Character in General Motors Flint Assembly (no one speak or talk to me until now) New department
5. GM put PERSONAL on my paperwork preventing me from seeing GM doctors or applying for workers compensation
6. Placed me on harder jobs to caused many injuries (I provided Eleanor May Federal Investigator Proof from my 30 yr family doctor) she disregarded those restrictions also
7. Team leader would STEAL PARTS off my truck (Yes! They sabotaged my work) then retaliated turned me in for MISSING PARTS (I was sent home)
8. I had to pick more parts than others (the highest number of picks (parts) I had to load on my truck was 110 parts (they gave me 45 minutes to load and deliver the parts) DO THE MATH! it was impossible
9. Team Leaders would steal my hats (truck-tugar) if I do not have a truck HOW CAN I LOAD PARTS? I had to find hats to put my parts on the clock was ticking I had 45 minutes to deliver
10. Stole my right to be promoted-I earned a BBA-MBA-EdS-PhD- I have a professional teacher license and a profession Elementary-Middle & High School Principal License both STILL ACTIVE my plans was to work until age 67 yrs. old
11. I applied for more than 275 positions with General Motors-never received a interview-just rejection letter
12. I was called names by team members-CHRIS "HEY FUCKER" then "LUNATIC" by Lisa all because I yelled and scream begging everyone, anyone to help me. "No one helped"
13. "I was OSTRACIZED" All team members act like I did something to them! A CULT SYSTEM
14. I had to work in a HOSTILE WORK ENVIRONMENT! ANXIETY keep me waiting for Group Leaders & Team Leaders to come AFTER me. TEAM MEMBERS WATCHED "LAUGHING" as they took me for discipline every time.
15. GENERAL MOTORS FLINT ASSEMBLY! UAW 598 & EEOC VIOLATED THE WHISTLE BLOWERS ACT!

Steps to delivering parts!                    45 Minutes

1. Pick up my hats
2. Clean off the hats-each three train Kabost was full of empty containers-I had to drive to a location and remove them (there were 50 or more
3. Next! I had to go to my area to pick the parts now that my truck was empty (clock still ticking) now the 45 min is 25 mins
4. I begin picking) loading my parts
5. By the time I dropped my parts off Team Leader TOLD the pick-up drivers to complain of my being late (do the math)
6. TEAM LEADERS were caught by pick up drivers STEALING MY HATS (truck) three train kabost (SO I would get put on notice and sent home)

Sent home!

1. Three days
2. Two Weeks
3. One month
4. One month
5. Three days
6. Two weeks

WITHOUT PAY! WITH UNEMPLOYMENT! By the end the Administrative Unemployment Judge awarded me payments for two-week for sent home no 6 above

- I walked to the President of the 598 Union at least ten times informing him of what they was doing (I asked Ryan what if they did all that to you) he said they would not do it to me (I expected him to stop them from doing all that to me (Ryan UAW 598 President Resigned)
- I reach out to at least 30 or more General Motors high authority LEADERS including (BARRA) they harassed and RETALIATED more (I kept a day to day) I provided it to Eleanor May Federal Investigator (she never read it)
- I've suffered in General Motors-On medication (I was made to continue working after reporting my blood pressure was 207 (I almost pasted out literally) no one care James Patrick Group Leader made me go back to work while he and Katarina Cassar laughed like it was funny. Immediately I watched him take a male employee to a restricted job when he complained (Kodi Palmer) was a crack addicted person who could not work effectively (they allowed him to drive a truck for three years in air conditioning while we worked like slaves).
- To date! Now that we move to different locations Kodi Palmer RAN on sick leave or something because he physically can not work (addicted to crack to bad) He still have not reported to work

- AT times it feels like TEN PEOPLE are sticking me in my right shoulder with NEEDLES at the same time from picking up too many heavy parts 70, 80,90,100 per hour all night. I had to put some containers on my CHEST and push them on my truck. A 500-pound worker Angelo kept asking me who I picked up those parts, he said I can't pick them up (Angelo RAN on sick leave so he would not have to work on the line) (they allowed him to drive a truck for three years (he never lift parts)

- UAW 598 failed to represent me-I file a charge against them

- General Motors Team Leaders & 8 Group Leaders abused-discriminated-harassed (called me names) then Retaliated against me without penalty (they kept moving the Group Leaders to another department.

- I have 65 days to find representation

## Internal Investigation

- There were three INVESTIGATORS from General Motors to interview me

1. Tamika Barkers-GM Investigator-Kirk Whitmore came to me saying someone called his phone wanting to speak to me???????? I was supposed to meet in one of the GM Office (he allowed her to speak to me)???????? I correspond with her many times after that (I told her if she called Kirk Whitmore Group Leader who began retaliating against me the first day he came (Katarina Cassar walked him around) she bought him straight to me showing him who I was (Day two) he came to me trying to put me on notice?????? I did nothing! Katarina Cassar told him to get me! I sent a email to the powers at be telling them he should be learning how to schedule his employees

instead of putting me on notice on Day 2 (I did nothing) I was working hard (that's what I've been doing for three years (Yet! Everyone has been putting me on notice)

2. Tim Jogan-GM Investigator-Co-Teamed with Marci
3. Marci Zettel-2-day interview-no follow up-did not stop the abuse
4. **NONE OF GM INVESTIGATORS DID NOTHING!**

I quit my teaching job in 2021 to work for General Motors Flint Assembly with goab to be Promoted to a leadership Positn

**EXPECTATION!**

**VIOLATED THE WHISTLE BLOWERS ACT!**

- Pain & Suffering
- Emotional Distress- Stress and INconvience
- Punitive Damages   Physical discomfort
- Harm to reputation
- Hostile Work Environment
- Applied for more than 250 Position-Passed over for promotions-Applied again last week for a Leadership Position ( I expected to be denied)

→ Crowdey fired 2021 - 202_

→ Kirk whitmore was to put me on notice 2023 James patubankt reversed his decision IDo Not have to disclose

Kirk to set to put a return Date when sending me home Covenant

→ Scott Group Leader was Kicking me

→ Stephane UAW 598 60° VS President bullied me into giving her my sw field amenity Rec

badge → Eric welter come in 3 mins - shop Committee made her give badge

# 10/4/23

## Katarina Cassar! Failure to Obey????? LIAR

- It sound like she is used to having SLAVES
- Refusal or Failure to do a job assignment
- All people will tell you I go in an hour early! First shift always praise me for staying over cleaning up my area and other team member area (it makes us all look bad)
- Katarina made up reasons to write me up-she could not do ANY jobs at all

YES! She is no longer LEADING TEAM MEMBERS (baby girl have a lot to learn) about LIFE!

- Let's look at mistakes
- Katarina said I fail to work 10/4/23-The Notice of Disciplinary Action is dated 10/17/23
- Katarina said I have been trained and coach how to complete a route
- I have not been trained and coach to run a route with containers too heavy for 500 men-she can run the route nor pick up the containers-the team leads can not run the route nor pick up the containers

- Angelo often asked me how I was able to pick up the containers of parts (I told him God picked them up) I showed him I put the containers on my breast bone and pushed the containers on my truck
- Try doing that all night long
- Josh Ashley watched me EXPENDING ME TO FAIL I completed all task
- No one can complete the task when they INCREASE my number to over 100 task (your allowed 45 minutes) Delano Kidd (Team Lead) was often CAUGHT STEALING my HATS which made me late (I had to find HATS) Attendant people told me Delano Kidd & Kodi Palmer told team members in the attendant area to not help me clear off my hats
- By the time I found more hats-clean off the hats-I had twenty five minutes to run a 45 minute route
- Katarina walked the floor waiting for me to fail I always completed the entire routes ( I was one of the woman who always finished my route)
- They still put me on notice & sent me home 39 days without GM Pay or Unemployment
- I was sent home 3 times for 30 days-twice for 2 weeks-twice for 1 week-twice for 3 days all without GM pay or unemployment

- Katarina Cassar & James Patrick always laughed while walking me to my car

Please see Katarina Cassar Notice of Disciplinary Action Form

# Michael Convis Shift Leader (at that time)-
## Gave Katarina Permission to Discriminate-Harass-Bully- & Retaliate Against Me (she was in school/a student)

I used to get out my car in the South Parking Lot while Katarina Cassar use to run FAST past me

- I felt her wind from almost touching me
- Not sure why she had to run fast to get in the building first
- When she put me on Notice she laughed like something was funny
- Katarina and James Patrick told Nurse Naomi Gibbs to not service me when I entered General Motors Medical Department

WHO ARE GENERAL MOTORS LEADERS? Katarina Cassar (Group Leader)??



- Here Katarina is identified as a Manufacturing Track-GSC Material Handling 3rd Shift ????? What?
- I submit to you that means a

Global Supply Chain [GSC] Track Fast Facts:

- Rotation cycles start in Winter and Summer annually.
- Three, 8-month long rotations over two years giving SLPs exposure to our different businesses and how we work as one global team, united around delivering common goals that will support the future growth of Stanley Black & Decker.
- Build core professional skills and competencies in Supply Chain Manufacturing, Planning, and Procurement.
- Multiple touchpoints & networking with our dedicated Program Team, SLP Peers, C-Suite Executives, SLP Alumni, and GSC Leadership & Business Partners.
- Upon successful performance, support is provided with post-program placement into roles that continue to demand excellence and leadership skills.

It says nothing about disciping employees

I felt bad for her James Patrick made her do what he did not want to do! Take it from me! Black Men do not want them! They will use them (The Caucasian Woman)!

- Michael Convis Shift Leader gave her permission
- James Patrick convinced her -WITH PROMISES she would climb the corporate ladder
- I really feel SAD FOR HER

Please look at the MANY times James Patrick made her send me HOME (Chris Maitland-Josh Ashley-Delano Kid-Kodi Palmer-Robert Spain) were all involved in putting me on notice for JUST WALKING an hour EARLY to work (My rights to work were violated)

### Yes! Katarina Cassar! Was MOVED TO ANOTHER AREA

- I pray she learned a valuable lesson! Where I come from if you run up on people you must want to scrap (fight) they will beat you DOWN!

# MY Name Left off the Schedule this week??????? Why???



High Reach Truck

Surely! No one will ever forget to schedule Barb Strong Unless! It's Planned!

- THE VIPs are 1st Shift Over Time People
- Will your 3rd Shift Run if not for the REGULAR 3rd Shift Team who report 10:00pm or 11:00 pm?? I think not!
- Over Time People come in knowing what job they will be doing and they will PUT (me) BARB STRONG (ONLY) me
- I check in at 10:00 pm sit and wait for the schedule-look for my name-this week (Kirk Group Leader) said your' on CMA (4 jobs in one)
- Last night! Kirk said CMA-at 12:00 pm Kirk came to me and said I had call off's I need you on SFB -BY the way! SFB did not have 100 parts to pick last night <u>Dylan & Chris speed up the line</u> The last time I ran SFB Route
- USUALLY! (KIRK) check call off while I sit from 10:00 pm til 10:50 pm then hang up the schedule
- MONDAY NIGHT! I had a high reach truck to put parts up high and a Tugar to parts in the case picks. Before Over Time come there were enough trucks. Monday night at 3:00 am Kirk came to me saying you can't have two trucks (I said which one you want) he said both (I removed my belongings off both (Two first shift men came by I told them the trucks were available) they took the high reach (When 3:00 OT people come in they immediately look at me like give me your truck) *KIRK GAVE THEM PERMISSION TO DISCRIMINATE AGAINST Me* (TORRI USED TO TELL DELANO WHAT ABOUT BARB) I HEARD HIM MANY TIMES (they always took my truck)
- The Tugar sat there all night until 6:00 am. I was walking! I had to go to the rest room (I took the Tugar and took a break to eat (tonight someone! told me "I" should do wrong like others)????
- Second Shift Leader said you have to have a Tugar to deliver parts (First Shift Leader) said we give our CMA delivery people trucks to deliver their own parts
- Last Night Kirk told Patrice to leave the attendant area! so I could not see they take lunch at 4:00am with us. The Overtime people come in at 3:00am-take a lunch at 4:00 (they work 2 1/2hrs) get paid 4 hrs Josh does NO work last night Alex Gilbert no work Nicole Giden sleep at 4:00am (my bag it was OUR lunch) one team member said Nicole was sleep in front of the team room. Perhaps they earned the right to not work (help the 3rd Shift Team)

# RJ TEAM LEADER      Supported Discrimination

- **Brian**- always had to take the first and last break-or-he was not happy he thought he DESERVE the first and last break EVERY NIGHT
- I worked hard to GET to BREAK! As soon as Brian-Sigby-Maggie-took their break Brian ALWAYS ASKED to go some where when it was my break time. At first! I thought nothing of it! RJ would say as soon as Brian come back! I will give your break. I could not understand why it was ALWAYS my break. **No one else break JUST MY BREAK!**
- **Sigby** began doing the same thing! ASKING RJ to go some where when it was my break. I told Adam! He invited me to tell him if I needed anything. As soon as I begin telling! He begin discriminating-harassing-and retaliating against me also
- **Maggy is Caucasian! THEY NEVER TOOK HER BREAK!**



- **BRIAN & SIGBY-CHANGED My Harness** as much as possible to GET ME OFF "THEIR" Line **Brian** was the one on the line who could not keep up.
- Two boxes of Harness-one red and one orange
- I was to cover Charles Mason Job while he was on sick leave
- I can't tell you how many times Brian gave a DIRECTIVE for Sigby (follower not a leader) to switch my parts
- EVENTUALLY! The driver who bring the parts (Robert) begin sitting on my job because another Team Member told him I was telling the truth
- Robert would sit there on his break or park in close proximity (after all if harass was blamed (he bought the parts) to my location

Eventually! Dave & Adell begin training me on different jobs to keep me from RJ Line (they saw what was going on. God Bless Both of them!

**To:** john.w.jackson@gm.com <john.w.jackson@gm.com>; jason.beardsley@gm.com <jason.beardsley@gm.com>; rosalyn.morse@gm.com <rosalyn.morse@gm.com>

**Sent:** Monday, February 20, 2023 at 06:18:26 AM EST

**Subject:** Fwd: paperwork

Mr. James said if I took the remainder of the week off after I was injured it would be unexcused.

I used my VR for 2/16 I have all vacation days but should not have to use them. Honestly! I did

not realize my foot was injury. My back, ribs, upper arms, legs hurt after running SCB (15 picks in the J-Isle)

& running 70's & 80's all night. I went to the GM doctor, the same nurse refused my rights last time refused

my rights this time to see the doctor again or call Sedgwich. My blood pressure was 207 by the time I made

it to Mclaren Regional.

The GM doctor would have caught it and should have done something about. it. Mr. James told that nurse

to send me out of there. I was walking back then realized I could not walk back. I asked the 1st Shift leader

to drive me to the door. Sammy & Torri saw me trying to walk, they also saw the man give me a ride to the

door. Treating people who help make yall money is wrong. Something will be done about this.

I feel better now! Will be returning to work tonight.

barbstrong@aol.com

-----Original Message-----
From <barbstrong@aol.com>
To: james.patrick@gm.com <james.patrick@gm.com>; latrielle.holmes@gm.com <latrielle.holmes@gm.com>
Sent: Fri, Feb 17, 2023 5:13 pm
Subject: paperwork

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.

Re: [EXTERNAL] Fw: paperwork

From: Keith Strong (barbstrong@aol.com)

To: rosalyn.morse@gm.com

Date: Saturday, October 28, 2023 at 04:11 AM EDT

I sent the information because you called me a LIAR.
God Bless You!
bstrong

barbstrong@aol.com

On Saturday, October 28, 2023 at 04:07:06 AM EDT, Rosalyn Thomas-morse <rosalyn.morse@gm.com> wrote:

Ms. Strong,

Thank you for sending the information. I'm unsure why you are sending this information now, especially since YOU refused Civil Rights representation. That is why, after being told by your union rep that YOU were refusing to speak to me. So, I came out to get a verbal confirmation that YOU did not want to talk with me. Unfortunately, at YOUR request I am not a part of your investigation, but I will file this information on your behalf.

From: Keith Strong <barbstrong@aol.com>
Sent: Monday, October 23, 2023 5:14 AM
To: ELEANOR MAY <eleanor.may@eeoc.gov>; Rosalyn Thomas-morse <rosalyn.morse@gm.com>
Subject: [EXTERNAL] Fw: paperwork

ATTENTION: This email originated from outside of GM.

----- Forwarded Message -----

From: Keith Strong <barbstrong@aol.com>

# GRIEVANCE FINDING

On Monday October 2nd ,2023 Barbara Strong was placed on notice for a possible shop rule violation of being in possession of an unauthorize weapon/tool on General Motors property as well as a possible violation of #7 – Refusal to obey of supervisor or refusal or failure to do a job assignment or work assigned to the operator or to follow instruction while making scrap unnecessarily or careless  workmanship. Employee Strong stated she asked the group leader Katrina to go to medical because she was not feeling well. According to employee Strong her blood pressure vital read 150/82 and her blood sugar was 63mg/bl.

Medical statistic shows if your blood pressure reading is between 150/82 that is a cause for hypertension.  As you know hypertension increases your risk of life-threatening problems such as heart attacks and stroke. While her bloods sugar level read at 63 mg/dl which clinical mean her glucose levels was low and she very well could have been hypoglycemia which causes dizziness and nausea. Employee Strong , went to her group leader Katrina Cassar, and asked to go to go to medical because she wasn't feeling well. Instead of giving her help for the remainder of the night her group leader Katrina Cassar, decided to put her on notice for a possible shop rule violation. Just to be clear employee Strong received two shop rule violation on October 2nd , with one being allegedly having an unauthorize weapon on GM premises which would have been a possible discharge. But instead of pursuing the more life-threatening violation, her group leader Katrina Cassar chose not to pursue either complaint. It was told to me by several employee that the tool that was identified as a weapon was being used by several third shifter team members. Because the weapon/tool was not actually observed in employee Strong hand it was determined that proving she was the sole owner of the alleged weapon/tool the group leaders collectively decided not to pursue the alleged weapon complaint.

Fast forward to October 4th where employee Strong was again placed on notice for a possible shop rule violation of being behind on her route. According to employee Strong, she asked her team leader Delano for help and was told he'll be right back. He returned an hour later and allegedly said "Barb I forgot". I would argue even if employee Strong had refused help from her team leader it is in the best interest of the company not to allow the line to go down for any reason. Allowing an operator to get behind on their route should never be an option. At this time, I feel both the group leader and team leader failed in supporting her with her route. It should be made known that her first infraction with the unauthorized weapon/tool occurred on the October 02nd , but it took almost fourteen days later with much discussion to come up with a penalty they could make their case. I understand her team leader wrote a statement claiming employee Strong refused help. I could argue that this is same team leader she called the aware line on claiming harassment which launched and investigation. A claim of retaliation on her behalf could be considered as valid argument and could very well warrant and internal investigation.

_____                          _____

Loc Alt. Chair                                                    Date

Committee Phil did Not Sign this

3/24/24, 12:32 PM

AOL Mail - Fw: Last Night! Harassed -Discriminated-Bullied-& Retaliated while working!

Barb Strong
barbstrong@aol.com

----- Forwarded Message -----
From: Keith Strong <barbstrong@aol.com>
To: ELEANOR MAY <eleanor.may@eeoc.gov>; Takeisha Hilliard <takeisha.hilliard@gm.com>; Michi Hill
<michi.d.hill@gm.com>; Michael Convis <michael.convis@gm.com>; Eric Welter <eric.welter@gm.com>;
jamison.veenhuis@gm.com <jamison.veenhuis@gm.com>; KIRK WHITMORE <kirk.whitmore@gm.com>;
katarina.cassar@gm.com <katarina.cassar@gm.com>; Chris Greene <chris.greene@gm.com>; James Patrick
<james.patrick@gm.com>; mary.barra@gm.com <mary.barra@gm.com>
Sent: Wednesday, March 20, 2024 at 09:14:09 PM EDT
Subject: Fw: Last Night! Harassed -Discriminated-Bullied-& Retaliated while working!

Barb Strong
barbstrong@aol.com

----- Forwarded Message -----
From: Barb Strong <barbstrong@aol.com>
To: Takeisha Hilliard <takeisha.hilliard@gm.com>; Michi Hill <michi.d.hill@gm.com>; Michael Convis
<michael.convis@gm.com>; Eric Welter <eric.welter@gm.com>; jamison.veenhuis@gm.com
<jamison.veenhuis@gm.com>; KIRK WHITMORE <kirk.whitmore@gm.com>; katarina.cassar@gm.com
<katarina.cassar@gm.com>; Chris Greene <chris.greene@gm.com>; James Patrick <james.patrick@gm.com>;
mary.barra@gm.com <mary.barra@gm.com>
Sent: Wednesday, March 20, 2024 at 09:05:33 PM EDT
Subject: Last Night! Harassed -Discriminated-Bullied-& Retaliated while working!

I sent committee Phil a email asking if he was in the building.
he did not respond. I went on to say I wanted to file aggrievance
on Kirk and Delano for harassment. Phil told me to ask Kirk to
send committee Takeisha when I want committee. I thought since
it was 6:00 am Phil may have been in the building.

All was well all night! I was focused on doing all five jobs! CMA-
Keeping things (containers) organized -picking up papers-boxes
removing slip and fall items from floor ( I do not want to fall-nor
do I want other team members to fall. Markita trained me well/
showed me (2) Cycle Count(3) Mixed Pallets (4) Run a route-
2 routes on Sunday
(5)Make sure pallets are pushed out (with black lids on them)
(6) I help team members (CLEAN OFF HATS) to stay on time
turning in parts. I know Markita Trained me well since
SAM OT First Shift often tell me how hard I work-he went on
to say CMA look better 3rd Shift when I work there than
(no disrespect) 1st Shift Team than when 1st Shift (his) team
work in CMA. I went back to SAM last night and said I told you
so! He said what? I said Kirk just left me asking me do I know
my job description. Sam said what? all that work you do. He said
I told you years ago to transfer to 1st (we laughed)

# Exhibit 5



GM Benefits & Services Center
gmbenefits.com
1-800-489-4646
**International Access**
Dial AT&T Direct® Access Code, then
877-833-9900
**TTY Service for the Hearing Impaired**
1-877-347-5225

June 26, 2025

Barbara Strong
1083 Royal Crest Dr
Flint, MI  48532

RE:     **General Motors**
        **End of Certification**
        **Case Number: 4A25018PVT60001GI**

Dear Barbara Strong:

According to our records, your FMLA leave was certified by your provider through July 8, 2025.
Please contact us at 1-800-489-4646 if you require an extension. If you do not contact us by
July 8, 2025 your claim will be closed.

I'm ON AN Extention  8|14|25 & beyond
If you have questions regarding this notice, or if your circumstances change, please contact us
at the number listed below.

Sincerely,

GM Benefits & Services Center
Phone: (800) 489-4646, select "FMLA" when prompted
Fax: # 859-281-6295





6/26/2025          4A25018PVT60001GI          562025062609479

Re: Need 2 episodes-2 days a week

From:  Smith, Sherry (sherry.smith@genesyspho.com)

To:      barbstrong@aol.com

Date:   Wednesday, January 15, 2025 at 07:49 AM EST


I will give this to doctor and get this updated. When you have time just call so I can collect the payment. it will not be fir this one though.

**From:** Keith Strong <barbstrong@aol.com>
**Sent:** Tuesday, January 14, 2025 12:49:04 PM
**To:** Smith, Sherry
**Subject:** Need 2 episodes-2 days a week

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


You just renewed my paperwork November 2024! Not sure why they need this paperwork again.

Sorry! FMLA canceled everyone FMLA Documents for 2024. They need updated paperwork by the end of January.

Barb Strong
barbstrong@aol.com


----- Forwarded Message -----
**From:** "no-reply-disability-smart@sedgwick.com" <no-reply-disability-smart@sedgwick.com>
**To:** "barbstrong@aol.com" <barbstrong@aol.com>
**Sent:** Tuesday, January 14, 2025 at 09:23:53 AM EST
**Subject:** Review the attached documents and respond accordingly.

Review the attached documents and respond accordingly.

-------------------------------------------------------------------------------------------

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.
CONFIDENTIALITY NOTICE: This email transmission may contain confidential information. This email and any files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to which it is addressed. If you have received this email in error, please immediately notify the senders by email at the address shown and delete the message from your email files.

Exhibit 6

tabbles®

EXHIBIT

# Exhibit 7

# NEW UAW 598 President Made Big Mistake!

## SILENT FIRING!

What is quiet firing? Quiet firing is an informal term for the practice in which employers make workplace conditions worse for employees with the intent of driving some of them to quit. The term implies that this is done secretly or at least subtly enough to make it appear unintentional



## WHY WAS I ESCORTED OFF THE PREMISES WHEN I STILL HAD MY SWIFT CARD? IT IS ILLEGAL-Discrimination? It is Defamation of Character!

- o USUALLY
- o The person poses a real risk of physical violence, disruptive or destructive behavior. That may be because the person is perceived to be volatile, angry or threatening, or because the person him or herself is at risk.
- o I was working! not volatile, nor angry or threatening
- • Each time I was sent home I was escorted off the premises with a swipe card

- I know the way to my car! I am old enough to know how to act! I never had a ticket!
- I'm not going to steal a car, nor harm anyone
- WHY AM I TREATED LIKE A CRIMINAL? I'M not in the criminal justice system.
- I'M NOT Quitting!

## ERIC WELTER SHOP COMMITTEE MADE STEHANIE



For the first time ever members of the local elected a woman as their president during their last election February 20, 2024.

## RETALIATION

- Just hired in 2024
- Eric Welter said in twenty years GM never took anyone badge with a return date

- She should have been learning her job
- Stephanie was bullying me (demanding me) to give her my badge 06/2024
- Eric Welter Shop Committee made T Hillard give my BADGE BACK
- Stephanie De-activated the badge after Eric Welter told her to give my badge back
- Next time she will learn to lead instead of FOLLOWING Scott P (Group Leader) directive to take my badge (kick me out)

United Auto Workers Local 598 President Ryan Buchalski Steps Down!

January 7, 2024          Ryan always opened his doors when I entered!
I visited him more than ten times sharing things that happened!



I asked Ryan what would he do if he was treated the way I was at work on 3rd Shift! Ryan always told the truth! He said "It wouldn't happen to me"! I appreciated his honesty! The PROBLEM was/is "UAW 598 President did not stop it from happening to me".

**Eric Welter Shop Committee** try to be a fair man! In 11/2024 Group Leader Scott send me was sending me home. I had no knowledge I was being sent home other than all team members parted their trucks where I was working huddling and talking. I knew something was about to happen. Team members always let me know I'm will be put on notice and thrown out the door. Often times I did nothing but report early! I get thrown out. I be praying saying lord what did I do? I did nothing lord! After they kick me out! I walk to my car confused while team member who were allowed to stop working and see the show. It was CRAZY!

They made me report to HR the new UAW598 President was **bullying me to give her my ID Badge** after Scott Group Leader was sending me home for a week for non-performance. I told her I would give her my ID Badge after they call Eric Welter Shop Committee. UAW 598 President said Eric Welter have nothing to do with this. They was behaving unethically! She asked me if I was refusing to give her my ID Badge. I told her I wasn't refusing! I would give it to her once Eric Welter came up. He came up in three minutes flat. **Kevin Smiley Committee helped me get off the floor (they will fire anyone who take pics) Kevin may be able to take them for you**

**Eric Welter** Shop Committee said in **twenty years** we never took anyone badge who had a return date. He made them give my badge back. I had given my badge to Committee Hillard. They escorted me out the door. I was kicked out more than I was allowed to work. I ALWAYS CALLED ERIC WELTER. He was sick of them picking on me, kicking me out. However! Eric Welter (Shop Committee) did nothing when they kicked me out & fired me.

If I was their kid! They would have done something about! If I was WHITE! They would have not allowed that to happen.



**Eleanor May EEOC Federal investigator** held my case for two years. She could not read for understanding, did not know how to handle bulk data however made it to a federal investigator. My rights were stolen to see a GM Doctor when injured. my rights were stolen to file for workers compensation (I provided proof) she did not read it. My rights were stolen to apply for promotions with GM (I applied for more than two hundred fifty jobs). My character is damaged in General Motors (no employees speak to me). Once I filed a EEOC Charge (I was harassed-retaliated against more) Eleanor May never read nor address those allegations. Eleanor May is a Federal Investigator Criminal with License. Eleanor lead me to believe she was in the EEOC to protect hard working citizens in Michigan. She just closed my case after asking for the same data over, and over again. I kept telling her I already sent it to your portal which suggest she never read any of it. All the proof I sent her she never considered it at all. Eleanor May entire focus was on my disability. She allowed the timeline to run out then said she could not go back to 2022 when my discrimination-harassment-retaliation begin. It was her oath-her responsibility to do her job. Eleanor May does not deserve to represent any EEOC wounded victims. She lack knowledge, can't read for understanding, and doesn't have the compassion needed to protect the citizens in Michigan. I provided evidence showing all leaders in General Motors lied saying I never reach out for help concerning discrimination-harassment. Eleanor May never read the date (did not consider it). Eleanor CLAIM her supervisor Alexis Kempton EEOC Supervisor approved the decision made. That's hard to believe a supervisor would put their job on the line protected a obviously inexperience person like Eleanor May Federal Investigator. How did she reach such high rank? Eleanor May sent out a Right to Sue Letter July 29, 2024 she knew that wasn't enough time to seek a lawyer. Eleanor May jumped on General Motors Team she kept showing or expressing FEAR for general-motors lawyers.

A Violation of the Whistle Blower Act!

## Damages

(I provided proof of all of the concerns listed below)

## GM GROUP LEADERS & TEAM LEADERS RETALIATED AGAINT ME MUCH More when I FILED A Charge Against General Motors & UAW 598

1. Literally hit by two trucks in general-motors-angry when I told
2. Loss Wages-Less profit sharing pay than others because they kept sending me home (claiming my work ethics stink) Now! I'm change to a different department finally (they're praising my work ethics) I work at a 110% every night
3. Prevented me from receiving my 3 yr raise July 6, 2024

4. **Damaged my Character in General Motors (no one speak or talk to me until now) New department**

5. GM put PERSONAL on my paperwork preventing me from seeing GM doctors or applying for workers compensation

6. Placed me on harder jobs to caused many injuries (I provided Eleanor May Federal Investigator Proof from my 30 yr family doctor) she disregarded those restrictions also

7. Team leader would STEAL PARTS off my truck (Yes! They sabotaged my work) then retaliated turned me in for MISSING PARTS (I was sent home)

8. I had to pick more parts than others (the highest number of picks (parts) I had to load on my truck was 110 parts (they gave me 45 minutes to load and deliver the parts) DO THE MATH! it was impossible

9. Team Leaders would steal my hats (truck-tugar) if I do not have a truck HOW CAN I LOAD PARTS? I had to find hats to put my parts on the clock was ticking I had 45 minutes to deliver

Steps to delivering parts!          45 Minutes

1. Pick up my hats
2. Clean off the hats-each three train Kabost was full of empty containers-I had to drive to a location and remove them (there were 50 or more
3. Next! I had to go to my area to pick the parts now that my truck was empty (clock still ticking) now the 45 min is 25 mins
4. I begin picking) loading my parts
5. By the time I dropped my parts off Team Leader TOLD the pick-up drivers to complain of my being late (do the math)
6. TEAM LEADERS were caught by pick up drivers STEALING MY HATS (truck) three train kabost (SO I would get put on notice and sent home)

Sent home!

1. Three days
2. Two Weeks
3. One month
4. One month
5. Three days
6. Two weeks

WITHOUT PAY! WITH UNEMPLOYMENT! By the end the Administrative Unemployment Judge awarded me payments for two-week for sent home no 6 above

- I walked to the President of the 598 Union at least ten times informing him of what they was doing (I asked Ryan what if they did all that to you) he said they would not do it to me (I expected him to stop them from doing all that to me (Ryan UAW 598 President Resigned)
- I reach out to at least 30 or more General Motors high authority LEADERS including (BARRA) they harassed and RETALIATED more (I kept a day to day) I provided it to Eleanor May Federal Investigator (she never read it)
- I've suffered in General Motors-On medication (I was made to continue working after reporting my blood pressure was 207 (I almost pasted out literally) no one care James Patrick Group Leader made me go back to work while he and Katarina Cassar laughed like it was funny. Immediately I watched him take a male employee to a restricted job when he complained (Kodi Palmer) was a crack addicted person who could not work effectively (they allowed him to drive a truck for three years in air conditioning while we worked like slaves).
- To date! Now that we move to different locations Kodi Palmer RAN on sick leave or something because he physically can not work (addicted to crack to bad) He still have not reported to work
- AT times it feels like TEN PEOPLE are sticking me in my right shoulder with NEEDLES at the same time from picking up too many heavy parts 70, 80,90,100 per hour all night. I had to put some containers on my CHEST and push them on my truck. A 500-pound worker Angelo kept asking me who I picked up those parts, he said I can't pick them up (Angelo RAN on sick leave so he would not have to work on the line) (they allowed him to drive a truck for three years (he never lift parts)

- UAW 598 failed to represent me-I file a charge against them

- General Motors Team Leaders & 8 Group Leaders abused-discriminated-harassed (called me names) then Retaliated against me without penalty (they kept moving the Group Leaders to another department.

- I have 85 days to find representation

# Internal Investigation

- There were three INVESTIGATORS from General Motors to interview me

1. Tamika Barkers-GM Investigator-Kirk Whitmore came to me saying someone called his phone wanting to speak to me???????? I was supposed to meet in one of the GM Office (he allowed her to speak to me)???????? I correspond with her many times after that (I told her if she called Kirk Whitmore Group Leader who began retaliating against me the first day he came (Katarina Cassar walked him around) she bought him straight to me showing him who I was (Day two) he came to me trying to put me on notice?????? I did nothing! Katarina Cassar told him to get me! I sent a email to the powers at be telling them he should be learning how to schedule his employees instead of putting me on notice on Day 2 (I did nothing) I was working hard (that's what I've been doing for three years (Yet! Everyone has been putting me on notice)
2. Tim Jogan-GM Investigator-Co-Teamed with Marci
3. Marci Zettel-2-day interview-no follow up-did not stop the abuse
4. NONE OF GM INVESTIGATORS DID NOTHING!



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Detroit Field Office**

477 Michigan Avenue, Room 865
Detroit, MI 48226
Detroit Direct Dial: (313) 774-0020
FAX (313) 226-4610
Website: www.eeoc.gov

Barbara Strong
1083 Royal Crest Dr.
Flint, MI 48532
barbstrong@aol.com

RE:     Charge No.: 471-2023-04608
        Barbara Strong v. UAW 598

Dear Ms. Strong:

This is in response to your reconsideration request made via email on August 03, 2024. You filed a charge on or about June 26, 2023, alleging you denied union representation due to your race, in violation of Title VII of the Civil Rights Act of 1964, as amended.

Please be aware that the EEOC's guidelines permit reconsideration of a finding in limited circumstances. The EEOC therefore, may decline to review a request to reconsider a final finding unless the Charging Party presents substantial new and relevant evidence, or a persuasive argument that the EEOC's prior decision was contrary to law or the facts. As the individual who is making the allegations, it is your burden to prove the charges are true.

A review of the investigative file showed that Investigator Eleanor May acted professionally and conducted a thorough investigation into your allegations of discrimination. As explained to you during your phone call with Investigator May on July 29, 2024, the investigation did not show you were denied union representation due to your race. The EEOC does not have jurisdiction over complaints of ineffective union representation. Such complaints must be handled by the National Labor Relations Board. A review of the investigative file did conclude that additional investigation is warranted.

It is important to note that a request for reconsideration does not extend or eliminate the statutory 90-day period for pursuing this matter in court. If a private lawsuit is not filed within 90 days of your receipt of the final dismissal notice, the right to sue for the charge is lost and cannot be restored by the EEOC. Our records reflect that the dismissal notice was released to you in the portal on July 30, 2024. The statute of limitation for your charge expires on October 28, 2024. You may still have the option and right to file in State Court and seek the advice of an attorney to explore your right to other legal remedies for your allegations.

I know that this is not the outcome that you hoped for, but I hope this response addresses your concerns. The EEOC will take no further action with respect to this charge of employment discrimination.

Sincerely,

Deanna E. Wooten     Digitally signed by Deanna E.
                     Wooten
                     Date: 2024.08.07 15:24:27 -04'00'

Deanna Wooten
Enforcement Manager
EEOC – Detroit Field Office



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Detroit Field Office**

477 Michigan Avenue, Room 865
Detroit, MI 48226
Detroit Direct Dial: (313) 774-0020
FAX (313) 226-4610
Website: www.eeoc.gov

Barbara Strong
1083 Royal Crest Dr.
Flint, MI 48532
barbstrong@aol.com

RE:   Charge No.: 471-2023-00451
      Barbara Strong v. General Motors

Dear Ms. Strong:

This is in response to your reconsideration request made via email on August 03, 2024. You filed a charge on or about June 26, 2023, alleging you were subjected to different terms and conditions of employment and suspension due to your race, in violation of Title VII of the Civil Rights Act of 1964, as amended, and alleging that you were denied a reasonable accommodation for your disability and subjected to retaliation in violation of the Americans with Disabilities Act of 1990, as amended.

Please be aware that the EEOC's guidelines permit reconsideration of a finding in limited circumstances. The EEOC therefore, may decline to review a request to reconsider a final finding unless the Charging Party presents substantial new and relevant evidence, or a persuasive argument that the EEOC's prior decision was contrary to law or the facts. As the individual who is making the allegations, it is your burden to prove the charges are true.

A review of the investigative file showed that Investigator Eleanor May acted professionally and conducted a thorough investigation into your allegations of employment discrimination. In the written narrative submitted on August 03, 2024, you allege that Investigator May "allowed your timeline to run out." Please note, timeliness is established based on the date the charge of discrimination was filed. The EEOC does not have jurisdiction to investigate employment actions over 300-days from the date the charge was filed. Furthermore, the Commission's jurisdiction does not extend to worker's compensation coverage, the Whistleblower Protection Act of 1989 or safety violations. As explained by Investigator May during your phone call on July 29, 2024, the evidence does not substantiate your claims of employment discrimination based on the basis of your race or disability. An examination of the case file did not conclude that additional investigation is warranted.

It is important to note that a request for reconsideration does not extend or eliminate the statutory 90-day period for pursuing this matter in court. If a private lawsuit is not filed within 90 days of your receipt of the final dismissal notice, the right to sue for the charge is lost and cannot be restored by the EEOC. Our records reflect that the dismissal notice was released to you in the portal on July 30, 2024. The statute of limitation for your charge expires on October 28, 2024.

You may still have the option and right to file in State Court and seek the advice of an attorney to explore your right to other legal remedies for your allegations.

I know that this is not the outcome that you hoped for, but I hope this response addresses your concerns. The EEOC will take no further action with respect to this charge of employment discrimination.

Sincerely,

Deanna E. Wooten
Digitally signed by Deanna E. Wooten
Date: 2024.08.07 15:23:09 -04'00'

Deanna Wooten
Enforcement Manager
EEOC – Detroit Field Office

Exhibit 8

# KODI PALMER          3rd Shift

I kept working hard to make sure I had completed 80 Task (high reach truck)

- Kodi first night back was last night
- "He Quotes" (The word on the street is we do not need 80 task) Mean the word in GM environment! (That rule was for you not us) DISCRIMINATION & RETALIATION
- Kodi continue! I heard they was trying to fire you
- Delano sat on my job (Attendant CMA Area all night)
- Then laughing with Camille Jackson all night planning to kiss up to the New Group Leader (Trying to get someone fired)
- If he had work to do! he would not be micro managing others hard working members (Delano had been trying to get me fired for almost 3yrs) "consistently"

- Kirk Whitmore -Group Leader put me on notice and took me in a meeting to send me home
- Kirk Whitmore begin the meeting the end of 2023 with committee Jason
- I was sent home for a week
- Once I made it back home! I notice I had no return date
- I yelled and screamed-James Patrick called me the next morning-He said I may return to work (Retaliation) Kirk Whitmore was moved to another area in the plant

# NOTICE OF DISCIPLINARY ACTION

 **General Motors**

## General Motors Company

## Flint Assembly Plant

Employee_____   GMIN_____   Date_____

Dept. & Shift_____

You are advised that you have been assessed a:

REPRIMAND ☐          DISCIPLINARY LAYOFF OF _____ ON REC

SUSPENSION ☑          DISCIPLINARY LAYOFF OF _____ LOST

DISCHARGE ☐

at_____ a.m. p.m.     Date: _____

<u>Note:</u>    In the event of a Lost time Disciplinary Layoff being assessed, you are to return to work on_____
at your regular starting time.

For violation of Shop Rule #_____, which reads:_____

_____

_____

_____

Brief Statement of Misconduct:_____

_____

_____

_____

_____

_____

_____

_____

_____
**Signature of Management Representative**

You have a right in accordance with the National Agreement to be represented by your committeeperson. He/she w
called if you request his/her services.

<u>Acknowledgement of Receipt of Notice</u>

Employee's Signature _____
(Date & Time Tendered Cop)

Committeeperson's Signature _____
(Date & Time Tendered Cop)

Latrelle Holmes (Group Leader) told me **instead of going to GM Medical** allow work fit to train me.  He called the Work Fit Lady to teach me how to stay safe on the job. I met with the young lady who appeared to be around twenty-five years old once. She asked me what she could help me with (I told her to teach me how to become a millionaire). That's the only thing she could teach me (the only thing i do not have).



## THE PROBLEM WAS!

- The lady met with no one but me!
- I went to the UAW Office-I spoke with President (Ryan left gave him a copy of the information package above then left. The lady never came to 3rd Shift again!
- If she had trained the entire 3rd Shift staff there wouldn't have been a problem.
- I was targeted once again!



# Civil Rights Investigation Form

**Name:** Barbara Strong
**Title:** LOC Team Member

**Investigator:** Rosalyn Morse
**Title:** Civil and Human Rights Chair

**Union Representative:** Phill Pruitt
**Title:** Alternate LOC Chairman

**Date:** September 12th, 2023
**Claim:** Harassment

The local 598 Civil and Human rights office received notification that a claim of
Harassment against a co-worker and the supervisor was file with (EEOC) Equal
Employment Opportunity Commission by LOC employee Barbara Strong. I asked her
alternate chairman Phill Pruitt, to reach out to employee Strong for a statement to
launch an internal investigation. I was told that she would be open to meeting with me to
start an investigation into this matter. The interview was schedule to take place on
Wednesday, September 13th, 2023, at 3:00 AM in the admin conference room with her
union rep present. When her union rep Phill went out to retrieve her for the interview, he
was told by employee Strong, that she had changed her mind and did not want to give
an interview. (Attached is her text message) Because of the seriousness of her alleging
harassment based on her race, I wanted to hear it for myself that employee Strong was
refusing the interview . So, I went out and introduced myself as the civil rights rep and
informed her that I was here to investigate her claim of racial harassment but was told
you are now refusing a give a statement. Is that correct? Employee Strong told me she
did not want to give me statement because she had already sent me statements a
couple of months ago outlining what was going on in her department. I explained to her
that I do not recall receiving any statements from her concerning any form of
harassment and if I had I would have reached out to her Union steward for their
knowledge of her claim. Since, receiving this claim I reached out to employee Strong,
current, and previous union rep. asking if she have ever made a claim on any form of
harassment and if so, was there a grievance filed on her behalf.

Both her current rep Takeisha Hillard and her formal union rep Jason Buczek both said
no, there was never a claim of harassment brought to them by employee Strong. I told
her if she sent me an email, she should have copies showing the email was sent to
correct email address because I have checked my deleted email and cannot find any
emails to corroborate her claim. I asked if she could provide proof the email was sent to
the correct email address. Her answer to me was yes, I can but she did not provide
documentation to me. I have no idea if employee Strong can provide the documentation
or not but what I do know is that I keep a folder on all communicate with members as
well as management rather via email or phone call for reference in case of an
investigation. I do not have anything indicating or referencing employee Stone had
reached out to the civil rights office with any claims.



# Exhibit 9



*May 29, 2025*

**Name**          Strong, Barbara
**Address**       1083 Royal Crest Dr
**City, State, ZIP**   Flint, MI 48532

Dear    **Strong, Barbara**

In accordance with the provisions of paragraph (111)(b) of the agreement between General Motors and the UAW, your seniority has been broken and you are recorded as having voluntarily quit because of your failure to report for work within three working days after the date of expiration of your leave of absence.

Very truly yours,
General Motors

Cc: Chairperson of Shop Committee

---

300 Renaissance Center  /  Detroit, MI 48243  /  www.gm.com

00275
MetLife
P.O Box 14406
Lexington, KY 40512-4406





GM Benefits & Services Center

Metropolitan Life Insurance Company
Customer Number 0003200
General Motors

June 9, 2025

BARBARA STRONG
1083 ROYAL CREST DR
FLINT, MI 48532

## Group term life insurance coverage cancellation – Your action required

### Why we're contacting you

We've been notified that your employment with General Motors has terminated effective May 7, 2025. You're eligible to file a grievance, which will allow you to continue your life insurance coverage(s) on a self-pay basis while your grievance is under review.

### What you need to know

If you choose to make the required contributions, your Basic Life, Extra Accident and Survivor Income Benefit Insurance will be reinstated. While Basic Life Insurance remains in effect your Optional Life, Dependent Life and/or Personal Accident Insurance coverage(s) may also be continued by making the required monthly contributions.

You will be billed for coverage(s) and only need to pay the bill if you wish to continue your life insurance coverage(s) during the grievance process.

Contributions are due on or before the first day of each month for which coverage is being continued. Life insurance coverage(s) cancelled due to non-payment cannot be reinstated.

### We're here to help

You can reach us at 1-800-489-4646. Our customer service center is open Monday through Friday, 7:30 a.m. to 6:00 p.m. Eastern time.

Barbara Ann Strong
1083 Royal Crest Dr.
Flint, MI 48532
6/3/2025


General Motors Flint Assembly
G3100 Van Slyke Road
Flint, MI 48507

TO WHOM IT MAY CONCERN:

I received a letter from General Motors Flint Assembly 6/2/2025. The letter states that according to provision (111) b. It reads according to the agreement General Motors & UAW my seniority has been broken and I have voluntarily quit my job.

Please allow me to remind you why I'm off work. I fell down at General Motors Flint Assembly 1/23/2025 3rd Shift. Marc Armstrong Manager & Adam Castillo was determined to kick me out of the Box-line Department. The goal was to Push Me Out! Deception, Unbearable Work Conditions. Injured because of Marc & Adam wrong doing.

Marc Armstrong keep rushing (walking fast) while I wore a long wool coat carrying a heavy duffle bag on my right Shoulder. Marc Armstrong JUMPED up to a higher level, he is 30+ yr old while I'm 63 yrs old. I followed him lead and fell.

The blessing was! Yes! The blessing was Committee Kevin Smiley was working in close Proximity to my fall. Marc grabbed my left arm, Committee Kevin Smiley grabbed my right arm, they pulled me up. I fell on my bag with all work supplies, five or six water bottles! make up, bottles of lotions, perfume, lunch, books & etc.

Marc Armstrong was FIRED! He was NEGLIGENT! Caused my FALL! Adam Castillo Gave the command for Marc Armstrong to continue sending me down stairs even though I had hire seniority than more than a third of the Box-line Team Members. Adam Castillo was sent down stairs to work (he slept more than he worked).

I did not voluntarily quit my job! Currently! I'm waiting to get it with my new doctor 7/24/2025. Data is on file in my online portal with SSA & Workers Compensation. I reported to work an hour early nightly! My rights to work was STOLEN from me (PTSD) anxiety attacks from put on notice too many times, duress, and emotional turmoil. Every night walked in knowing someone who put me on notice or fire me. EVIL.

Sincerely,

Barbara Ann Strong

Barbara Ann Strong
BBA-MBA-EdS-PhD



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Detroit Field Office
477 Michigan Avenue, Room 865
Detroit, MI 48226
(313) 774-0020
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/08/2025

To: Barbara A. Strong
1083 Royal Crest Dr
FLINT, MI 48532
Charge No: 471-2025-05781

EEOC Representative and email:   JOANNA RIVERA
BILINGUAL INVESTIGATOR
JOANNA.RIVERA@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal. You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 471-2025-05781

On behalf of the Commission,

Digitally Signed By:Ramiro Gutierrez
07/08/2025
Ramiro Gutierrez
Director

Cc:
Kimberly Yates
2301 McGee Street Ste 800
Kansas City, MO 64108

NA NA
3100 Van Slyke
FLINT, MI 48507

Chris Greene
3100 Van Slyke
FLINT, MI 48507

Please retain this Notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you receive EEOC's official notice of dismissal. You should keep a record of the date you received EEOC's official notice of dismissal.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

To make a FOIA request for your charge file, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 471-2025-05781 to the District Director at Richard Burgamy, 115 W. Washington St. South Tower Suite 600, Indianapolis, IN 46204.

To make a Section 83 request for your charge file, submit a signed written request stating it is a "Section 83 Request" for Charge Number 471-2025-05781 to the District Director at Richard Burgamy, 115 W. Washington St. South Tower Suite 600, Indianapolis, IN 46204.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to
https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

## NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at:
http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- [ ] The limitations from the impairment no longer must be severe or significant for the impairment to be considered substantially limiting.

- [ ] In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), "major life activities" now include the operation of major bodily functions, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- [ ] Only one major life activity need be substantially limited.

Enclosure with EEOC Notice of Closure and Rights (05/25)

- Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

- An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when** active.

- An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

- The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively both transitory (lasting or expected to last six months or less) and minor.

- A person is not able to bring a failure to accommodate claim if the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

LAW OFFICES OF PETER J. VERROS, PLLC.

41000 Woodward Avenue,

Suite 350 East

Bloomfield Hills, Michigan 48304

March 4, 2025

BARBARA STRONG
barbstrong@aol.com

Re: Your workers compensation claim and case

Dear Ms. Strong:

Thank you for contacting us, at the MICHIGAN INJURY LAWYERS, for which I am "of counsel" for same, to review your excellent workers compensation case and claim due to your work injury, in January 2025 involving your right shoulder.

We discussed your case and claim, your rights and benefits, which have not been paid although you have documented your injury, sought treatment and had an MRI done.

I have successfully represented thousands of injured workers, and I am sure I can help you, to obtain your benefits, for wage loss, medical care, etc., from your employer and their representatives. Attorneys are paid on a contingency fee basis, when we pursue a workers compensation claim for wage loss, medical care, pharmaceutical, nursing care up to 56 hours per week and mileage reimbursement. The law does NOT allow for pain and suffering.

We are only paid on a contingency fee basis, when we are successful in obtaining for your a settlement or an award for weekly benefits, which is subject to a magistrate's approval as well. IN THE INTERIM, please follow up with your short term disability benefits, your appointment with the orthopedic surgeon and try to learn whether he believes you require surgery; whether the findings on the MRI are due to your fall or is he going to say they are old in nature.....call me when you have learned more.

Sincerely,

Peter J. Verros
Email only ; cc: Stroble

Office: (248) 419-0465      Fax: (248) 455-0240      Cell: (248) 909-9642

EMAIL ADDRESS: pjverros@gmail.com

## Signature requested on "Mike Morse Law Firm Representation Agreement - Premises Liability"

From:  Rhonda Gibson via Adobe Acrobat Sign (adobesign@adobesign.com)

To:    barbstrong@aol.com

Date:  Saturday, March 22, 2025 at 05:42 AM EDT

 Adobe Acrobat Sign



Rhonda Gibson requests your signature on

# Mike Morse Law Firm Representation Agreement - Premises Liability

Review and sign

Please review and sign this document.

RHONDA GIBSON
rhonda.gibson@855mikewins.com

After you sign **Mike Morse Law Firm Representation Agreement - Premises Liability**, the agreement will be sent to esign@855mikewins.com. Then, all parties will receive a final PDF copy.

**Don't forward this email:** If you don't want to sign, you can delegate to someone else.

 Powered by
Adobe Acrobat Sign

By proceeding, you agree that this agreement may be signed using electronic or handwritten signatures.



Barbara Ann Strong
1083 Royal Crest Dr.
Flint, MI 48532
6/3/2025

General Motors Flint Assembly
G3100 Van Slyke Road
Flint, MI 48507

TO WHOM IT MAY CONCERN:

I received a letter from General Motors Flint Assembly 6/2/2025. The letter states that according to provision (111) b. It reads according to the agreement General Motors & UAW my seniority has been broken and I have voluntarily quit my job.

Please allow me to remind you why I'm off work. I fell down at General Motors Flint Assembly 1/23/2025 3rd Shift. Marc Armstrong Manager & Adam Castillo was determined to kick me out of the Box-line Department. The goal was to Push Me Out! Deception, Unbearable Work Conditions. Injured because of Marc & Adam wrong doing.

Marc Armstrong keep rushing (walking fast) while I wore a long wool coat carrying a heavy duffle bag on my right Shoulder. Marc Armstrong JUMPED up to a higher level, he is 30+ yr old while I'm 63 yrs old. I followed him lead and fell.

The blessing was! Yes! The blessing was Committee Kevin Smiley was working in close Proximity to my fall. Marc grabbed my left arm, Committee Kevin Smiley grabbed my right arm, they pulled me up. I fell on my bag with all work supplies, five or six water bottles! make up, bottles of lotions, perfume, lunch, books & etc.

Marc Armstrong was FIRED! He was NEGLIGENT! Caused my FALL! Adam Castillo Gave the command for Marc Armstrong to continue sending me down stairs even though I had hire seniority than more than a third of the Box-line Team Members. Adam Castillo was sent down stairs to work (he slept more than he worked).

I did not voluntarily quit my job! Currently! I'm waiting to get it with my new doctor 7/24/2025. Data is on file in my online portal with SSA & Workers Compensation. I reported to work an hour early nightly! My rights to work was STOLEN from me (PTSD) anxiety attacks from put on notice too many times, duress, and emotional turmoil. Every night walked in knowing someone who put me on notice or fire me. EVIL.

Sincerely,

Barbara Ann Strong
BBA-MBA-EdS-PhD





May 29, 2025

Name

Address

City, State, ZIP

Strong, Barbara

1083 Royal Crest Dr

Flint, MI 48532

Dear    Strong, Barbara

In accordance with the provisions of paragraph (111)(b) of the agreement between General Motors and the UAW, your seniority has been broken and you are recorded as having voluntarily quit because of your failure to report for work within three working days after the date of expiration of your leave of absence.

Very truly yours,

General Motors

Cc: Chairperson of Shop Committee



*[handwritten: 52.) HEARING WITH General Motors Lawyer 8/12/25]*

# ACKNOWLEDGEMENT & NOTICE OF HEARING

Michigan Department of Labor & Economic Opportunity
WORKERS' DISABILITY COMPENSATION AGENCY

BARBARA STRONG
1083 ROYAL CREST DR
FLINT, MI 48532

GENERAL MOTORS LLC
SEDGWICK - GENERAL MOTORS
PO BOX 14607
LEXINGTON, KY 40512
DOI'S: 1/23/2025

SS#:  XXX-XX-8206
Case: WC-2025-0001262

THOMAS RUTH
4301 FASHION SQUARE BLVD
SAGINAW, MI 48603

*[handwritten: 10/28/25 @ 9:00 Am.]*

Please take notice that a hearing will be held on this case on the following date and location:

Hearing Officer:  JAMES SMITH
Hearing Site:  SAGINAW
HART STATE OFFICE BUILDING
411 E. GENESEE
SAGINAW, MI 48607

Date:  August 12, 2025
Time:  09:00 AM

Hearing Type:  CONTROL DATE

If there are any questions regarding attendance at these proceedings, please contact the SAGINAW office at (989) 758-1768.

Dated at Lansing, Michigan, on June 05, 2025.





 **MetLife**

## Notice of Group Life Insurance Conversion Privilege

Metropolitan Life Insurance Company, New York, NY

*This Notice is not a conversion application or policy. Follow the instructions in this Notice if you would like to convert your group coverage.*



### Instructions

**Instructions to policyholder/recordkeeper:**
Complete this Notice and provide a copy to the employee when group coverage terminates. If coverage has been assigned, provide notice to the Assignee.

**Instructions to eligible person:**
You may convert your coverage to an individual life insurance policy, which will be issued without medical examination if you apply for it and pay the required premium within the application period.

**Application period:**
The application period is based on the date your group coverage terminates and the date of this Notice. Generally, you have 31 days from the date group coverage ends to apply for conversion. However, if this Notice is dated more than 15 days from date of termination, your application period is extended for an additional 15 days from the date of this Notice. If the 15-day extension applies to you, it will not exceed more than 91 days from the date group insurance was terminated.

The conversion application period is time-sensitive. If you are interested in converting your group coverage, you can meet with a specially-trained financial professional and complete an application. MetLife has an arrangement for third party financial professionals to explain your options. Call us at 877-275-6387 to arrange for a third party financial professional to contact you directly.

### Eligible person / Employee information

| Date of this Notice *(mm/dd/yyyy)* | Date Group Coverage terminates or reduces *(mm/dd/yyyy)* | |
|---|---|---|
| 05/31/2025 | 05/31/2025 | |

| Insured | | |
|---|---|---|
| First name | Middle name | Last name |
| Barbara | Ann | Strong |

| Relationship to Employee | Gender | Date of Birth *(mm/dd/yyyy)* |
|---|---|---|
| ☐ Self   ☐ Dependent | ☐ Male  ☑ Female | |

**Owner** *if certificate is assigned*

| First name | Middle name | Last name |
|---|---|---|
| Barbara | Ann | Strong |

| Gender | Date of Birth *(mm/dd/yyyy)* |
|---|---|
| ☐ Male   ☑ Female | |

**Dependent** *If applicable*

| First name | Middle name | Last name |
|---|---|---|
| | | |

| Gender | Date of Birth *(mm/dd/yyyy)* |
|---|---|
| ☐ Male   ☐ Female | |

| Address of Insured/Owner | City | State | ZIP |
|---|---|---|---|
| 1083 Royal Crest Dr | Flint | MI | 48532 |

Phone number

6/11/25, 6:44 AM                                        My claims - mySedgwick





MY CLAIMS

COMMUNICATION CENTER

ACCOUNT SETTINGS

HELPFUL RESOURCES

LOG OUT

 Barbara   🏠   ✉️⁰   ⚙️   Log out

As a reminder we have an automated "Interactive
Voice Response" system available for you 24 hours
a day by calling 800-489-4646, option 3 where you
can obtain your claim status, payment information or
input a return to work date.

**Show less**

# My claims

Barbara Strong - 463104778

Hello Barbara, there are currently no
important reminders for your claim(s).

Communication center ⁰

Helpful resources

↑ Sort by

CLAIM

STATUS

DETAIL

ACTIONS

CLAIM:  **Workers' Compensation - 4A2502VB1
DZ0001**

STATUS:  Open

DATE OF LOSS: 1/23/2025

Actions

CLAIM:  S&a - 4A2502VBCCH0001

STATUS:  Closed - Terminated

BEGIN DATE: 2/26/2025

Actions

**Workers' Compensation - 4A23082CF**

# Workers Compensation Hearing Agenda

## Recall! THE FACTS!                                    bstrong

- I fell down while working at General Motors Flint Assembly 1/23/25
- My Manager Marc Armstrong was fired around 1/25 for negligence-he caused my fall (took me on an unsafe route) did not use the side walk designed for walking safely
- Dr. Edward Liz put me off work (unable to work) 3/12/25-4/29/25 pending surgery (I canceled my surgery after) the surgical center called with follow up questions (after the question) she went over Dr. Liz surgical plans (she said he would be repairing my Full-thickness right shoulder rotator cuff tear) per our discussion (then she said he would be installing a pain pump near my SPINE) I freaked out (the thought of you putting me to sleep) then perform an additional procedure to make approximately $30,000 (without my consent or knowledge) "THAT MAKES ME SICK" thinking about it ( I went to another surgeon! I had an appointment to see Dr. T.) before I made it home! they called to cancel my appointment (she said Dr. Liz said he diagnosed me therefore no one else would be performing my surgery?????? Is that LEGAL?
- General Motors Met-life Insurance Company reported I was Terminated 5/2025 (Terminated is when an employer fire you)
- Workers Compensation Online Portal show I was Terminated 6/7/25 (workers compensation examiner (Jennalee Smith) said General Motors Medical (Nurse Naomi Gibbs) told her to deny my claim (the problem was) she denied my claim before she received

- General Motors **Fidelity** says I was terminated 5/7/2025

Workers Compensation (the law states they can deny your claim) 1. I did not report late 2. I did not miss turning in any data (3) I had no insufficient documentation (4) I had no pre-existing FULL-TICKNESS RIGHT SHOULDER ROTATOR CUFF TEAR

Workers Compensation Online Portal Changed my Leave of Absence from (off work) from 2/26/25-7/21/25 to 2/26/25-10/27/25

- GENERAL MOTORS NURSE Naomi Gibbs-LEFT shortly after my claim was denied (she no longer work for General Motors)
- General Motors sent a letter 6/2/25 CLAIMING ("I quit my job")

(If I voluntarily quit my job that means I resigned)??????? You have to know the meaning of words (who ever sent me the unsigned letter from General Motors did not study wiki-pedia) Resignation & quit means too different things

I had no intentions of quitting my job (my plans was to work until full retirement age of 67 yrs young)

- I was on an approved leave of absence! General Motors BREACHED MY CONTRACT! Fired me while INJURED!
- TO DATE! I do not know my work status! One thing for sure is! I did not quit my job!
- You can not RETALIATE AGAINST me for telling (what you been doing to me since 2022) EEOC (I have a right to sue letter)

- **The law forbid you from retaliating against and firing an injured worker**

## General Motors Violated the FMLA Act & The Whistle Blowers Act-Breached a Permanent Hourly Employee Contract

## General Motors Workers Compensation Lawyer Data

- Attorney sent me copies of medical records as promised
- Medical Records clearly showed I had no Full-Thickness Right Shoulder Rotator Cuff Tear

## We Discussed the Facts!

- The fall
- Manager Marc Armstrong-Fired
- Dr. Edward Liz
- Unable to work & Surgery
- Met Life Termination Date 5/2025
- Workers Compensation Termination Date 6/2025
- General Motors "I Quit" Date 6/2/2025
- General Motors Nurse Naomi Gibbs Disappearance 1/2025
- My plan to work to full retirement age 67
- General Motors Breached my contract while injured it's called Wrongful Termination
- General Motors Violated the Whistle Blowers Act
- General Motors Violated the FMLA Act
- UAW 598 fail to represent me

# EXHIBIT B

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE**

BARBARA STRONG,

     Plaintiff,

v.

     Case No. 25-54536-NO

     Hon. Elizabeth A. Kelly

GENERAL MOTORS FLINT
ASSEMBLY AND UAW 598,

     Defendants.

---

| | |
|---|---|
| Barbara Strong, *pro se*<br>1083 Royal Crest Drive<br>Flint, MI 48532 | Margaret Carroll Alli (P38281)<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, PLLC<br>*Attorneys for Defendant*<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>T: (248) 593-6400<br>F: (248) 283-2925<br>margaret.alli@ogletree.com |

---

**NOTICE TO STATE COURT OF FILING
NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

     PLEASE TAKE NOTICE that this matter has been removed from this Court, where it was

filed, to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C.

§§ 1331, 1367, 1441, and 1446. A copy of the Notice of Removal is attached as Exhibit 1.

1

Dated: September 4, 2025

Respectfully submitted,

*/s/ Margaret Carroll Alli*
Margaret Carroll Alli (P38281)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PLLC
*Attorneys for Defendant*
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
T: (248) 593-6400
F: (248) 283-2925
margaret.alli@ogletree.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I filed the foregoing paper with the Clerk of the Court via Hand Delivery, and have sent notification of such via USPS First Class Mail to:

Barbara Strong, *pro se*
1083 Royal Crest Drive
Flint, MI 48532

*/s/ Margaret Carroll Alli*
Margaret Carroll Alli (P38281)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, PLLC
*Attorneys for Defendant*
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
T: (248) 593-6400
F: (248) 283-2925
margaret.alli@ogletree.com

92330149.v1-OGLETREE